UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



FILED BY _____ D.C.

05 MAY 27 AM 10: 04

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

ANTHONY EUGENE MILLER,

    Plaintiff,

v.

                                         Cv. No. 05-2094-Ma

INDIANA DEPT. OF WORKPLACE
DEVELOPMENT, et al.,

    Defendants.


# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Transferring Case Pursuant to 28 U.S.C. § 1406(a), docketed May 25, 2005.


APPROVED: _____

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

May 25, 2005
_____
DATE

ROBERT R. DI TROLIO
_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02094 was distributed by fax, mail, or direct printing on May 27, 2005 to the parties listed.

---

Anthony E. Miller
3090 Overbrook Rd.
Memphis, TN 38128

Honorable Samuel Mays
US DISTRICT COURT